UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | SACV 16-1758 AG (DFMx) | Date | October 4, 2016 |
|---|---|---|---|
| Title | TONITA HALL v. LIBERTY MUTUAL INSURANCE ET AL. | | |

| Present: The Honorable | ANDREW J. GUILFORD | |
|---|---|---|
| Lisa Bredahl | Not Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |

**Proceedings:** [IN CHAMBERS] ORDERING APPEARANCE TO SHOW CAUSE CONCERNING SUBJECT MATTER JURISDICTION

Plaintiff Tonita Hall sued Defendants Liberty Mutual Insurance, JST Investments LLC, Stephane L. Pasquale, BH Real Estate Investments LLC, Manual Franco, and Nadine Lujuan Franco for various claims arising out of a property lease agreement. (Dkt. No. 1.) In the complaint, Plaintiff has written that this Court has jurisdiction under "subject-matter jurisdiction," instead of specifying *how* the Court has subject matter jurisdiction. The Court is concerned about whether it has subject matter jurisdiction over this case.

The Constitution and Congress confine this Court's exercise of power to certain enumerated controversies. *See* U.S. Const. art. III, § 2. This Court must thus guard its sacred exercise of jurisdiction jealously. *Ghazaryan v. Wells Fargo Bank, N.A.*, 42 F. Supp. 3d 1341, 1342 (C.D. Cal. 2014); *see also* Fed. R. Civ. P. 12(h)(3). There are two common bases for federal courts to exercise their power to rule. First, federal courts can rule on claims arising under our nation's Constitution, laws, or treaties. *See* U.S. Const. art. III, § 2 cl. 1; 28 U.S.C. § 1331. This is called "federal question jurisdiction." Second, federal courts can rule in civil actions between citizens of different states where the matter in controversy exceeds $75,000. *See* U.S. Const. art. III, § 2 cl. 1; 28 U.S.C. § 1331(a). This is called "diversity jurisdiction." Under diversity

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | SACV 16-1758 AG (DFMx) | Date | October 4, 2016 |
|---|---|---|---|
| Title | TONITA HALL v. LIBERTY MUTUAL INSURANCE ET AL. | | |

jurisdiction's citizenship requirement, all the plaintiffs in a case must be citizens of states different than those of any defendant—a concept called "complete diversity." For purposes of diversity jurisdiction, a corporation is a citizen of both its state of incorporation and the state where it has its principal place of business. 28 U.S.C. § 1332.

**DISPOSITION**

The Court ORDERS Plaintiff to appear at **9:00 a.m.** on **October 24, 2016**, to show cause why this case should not be remanded to state court for lack of subject matter jurisdiction. Defendants do not need to but may appear if they wish.

: 0

Initials of Preparer   lmb