UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION – SANTA ANA

| | |
|---|---|
| Tonita Hall | Case No. SACV 16-01758 AG (DFMx) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| Liberty Mutual Insurance et al. | |
| Defendant. | |

The Court enters Judgment for Defendants and against Plaintiff.

Dated: May 19, 2017

_____
Hon. Andrew J. Guilford
United States District Judge